IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:16CR65 |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN A. CICCONE, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

## NOTICE OF APPEAL

Under 18 U.S.C. § 3731, the United States of America appeals to the United States Court of Appeals for the Sixth Circuit from the order entered on July 12, 2019, by U.S. District Judge Dan Aaron Polster, (R. 77: Order, PageID 694), denying the government's motion to reconsider the court's order granting temporary release from the Bureau of Prisons to the defendant, Steven A. Ciccone.

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

By:    /s/ James P. Lewis
        James P. Lewis (MD: 1412170148)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3958/(216) 522-8355 (facsimile)
        James.Lewis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2019, a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ James P. Lewis
James P. Lewis
Assistant U.S. Attorney